IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Farnam Companies Inc. d/b/a
Central Life Sciences
an Arizona Corporation
**Plaintiff(s)/Petitioner(s),**

vs.

Animal Health Division of
Bayer Healthcare, LLC,
a Delaware Limited Liability Company
**Defendant(s)/Respondent(s)**

CASE NO: CV10-2853-PHX-MHM

Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(3)

FILED ___ LODGED ___
RECEIVED ___ COPY ___
DEC 23 2010
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

## NOTICE: $50.00 APPLICATION FEE REQUIRED!

I, Camille Calman, hereby apply to the Court under LRCiv 83.1(b)(3) for pro hac vice admission to appear and practice in this action on behalf of Animal Health Division of Bayer Healthcare, LLC

**City and State of Principal Residence:** New York, NY
**Firm Name:** Debevoise & Plimpton LLP
**Address:** 919 Third Avenue                       **Suite:**
**City:** New York                **State:** NY  **Zip:** 10022
**Firm/Business Phone:** (212) 909-6000
**Firm Fax Phone:** (212) 521-7111   **E-mail Address:** ccalman@debevoise.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| Southern District of New York | 7/8/2008 | [X] Yes  [ ] No* |
| Eastern District of New York | 8/4/2009 | [X] Yes  [ ] No* |
|  |  | [ ] Yes  [ ] No* |

* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
|  |  |  |
|  |  |  |

* Explain:

ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?   [ ] Yes  [X] No
Have you ever been disbarred from practice in any Court?   [ ] Yes  [X] No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, and will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules").

12-21-10
**Date**
**Fee Receipt #** 0LX04836

**Signature of Applicant**

(Rev. 06/10)

CSDNY (05/2010) Certificate of Good Standing

# United States District Court

## Southern District of New York

### Certificate of Good Standing

I, <u>Ruby J. Krajick</u>, Clerk of this Court, certify that

<u>         **CAMILLE CALMAN**         </u>, Bar # <u>    **CC4743**    </u>

was duly admitted to practice in this Court on

<u>    **JULY 8th, 2008**    </u>, and is in good standing as a member of the Bar of this Court.

Dated at <u>500 Pearl Street<br>New York, New York</u>   on   <u>    **DECEMBER 21st, 2010**    </u>

<u>    Ruby J. Krajick    </u>   by   <u>    [signature]    </u>
Clerk                              Deputy Clerk