**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

FARNAM COMPANIES INCORPORATED   v.   BAYER HEALTHCARE LLC

THE HONORABLE JOHN W. SEDWICK   2:10-cv-02583-JWS

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**   DATE: January 11, 2011

     By agreement of the judges, the above-referenced case is hereby reassigned to the Honorable H. Russel Holland for all further proceedings. Please use the following case number on all future filings: 2:10-cv-02583-HRH.