Quarles & Brady LLP
Firm State Bar No. 00443100
Renaissance One
Two North Central Avenue
Phoenix, Arizona 85004-2391
TELEPHONE 602.229.5200

Nicole M. Goodwin (024593)
Nicole.goodwin@quarles.com

David H. Bernstein
(dhbernstein@debevoise.com)
Camille Calman (ccalman@debevoise.com)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
(212) 909-6696
*Admitted Pro Hac Vice*

*Attorneys for Defendant Animal Health Division of Bayer HealthCare LLC*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Farnam Companies, Inc. d/b/a/ Central Life Sciences,<br><br>Plaintiff.<br><br>vs.<br><br>Animal Health Division of Bayer HealthCare LLC,<br><br>Defendant. | NO. CV2010-02583-HRH<br><br>**SUPPLEMENTAL DECLARATION OF CYNTHIA HUGHES-COONS IN SUPPORT OF ANIMAL HEALTH DIVISION OF BAYER HEALTHCARE LLC'S MOTION TO DISMISS OR, ALTERNATIVELY, TO STAY** |

I, Cynthia Hughes-Coons, hereby declare as follows:

1. I am Assistant General Counsel at defendant Animal Health Division of Bayer HealthCare LLC ("Bayer"). As Assistant General Counsel, I am the head of the legal department of this Division. I also serve as Assistant Secretary of the Board of

23376741v2

Directors of Bayer Healthcare LLC. I have the authority to make binding statements on behalf of Bayer Healthcare LLC.

2. As I stated in my first declaration, Bayer has no intention of suing Farnam over the Bio Spot advertising at issue in this case; Bayer's only intention was to seek review of Farnam's advertising by the NAD. If that was not sufficiently clear, I can confirm, represent, promise and warrant, on behalf of Bayer Healthcare LLC, that Bayer will not sue Farnam in any court for any past, present or future use by Farnam of the specific advertisements discussed in Farnam's complaint in this case. Rather, Bayer intends to continue to seek NAD review of Farnam's advertising. Even if Farnam refuses to participate in the NAD process, and even if Farnam refuses to accept any recommendations the NAD might issue after its review, Bayer will not file any action in any court against Farnam with respect to these advertisements.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Shawnee, Kansas, this 23rd day of February, 2011.

*[signature]*

Cynthia Hughes-Coons

23376741v2