MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| FARNAM COMPANIES, INC. | v. | ANIMAL HEALTH DIVISION OF BAYER HEALTHCARE, LLC |
| THE HONORABLE H. RUSSEL HOLLAND | | CASE NO.   2:10-cv-2583-HRH |

PROCEEDINGS:    **ORDER FROM CHAMBERS**

Pursuant to informal communication with chambers, counsel have confirmed their availability for oral argument on defendant's motion to dismiss or, alternatively, to stay (Docket No. 12).  Upon representation that counsel will be available, telephonic oral argument will be heard at 8:30 a.m. Alaska Time (9:30 a.m. Arizona) on Thursday, May 12, 2011.  Oral argument will be limited to 15 minutes per side.

Counsel who will be participating in the hearing should each call **907-677-6247** approximately three to five minutes prior to the scheduled start time for the hearing.  The incoming calls will be routed to a telephone "bridge" (a silent answer), and counsel should remain on the line until the in-court deputy retrieves the incoming calls and connects them to the court's sound system.