Robert J. Itri (Bar No. 10938)
Janey Henze (Bar No. 22496)
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone:  (602) 530-8000
Facsimile:  (602) 530-8500
Email:  rji@gknet.com
Email:  janey.henze@gknet.com
Attorneys for Plaintiff Farnam Companies, Inc.,
    d/b/a Central Life Sciences

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Farnam Companies, Inc., d/b/a Central Life Sciences,<br><br>Plaintiff,<br><br>v.<br><br>Animal Health Division of Bayer Healthcare, LLC,<br><br>Defendant. | 2:10-CV-02583-HRH<br><br>**NOTICE OF APPEARANCE** |

NOTICE IS HEREBY GIVEN that Janey Henze of Gallagher & Kennedy, P.A., whose address is 2575 East Camelback Road, Phoenix, Arizona 85016, makes her appearance in the above-captioned matter as counsel for Plaintiff Farnam Companies, Inc. d/b/a Central Life Sciences.

DATED this 26th day of April, 2011.

　　　　　　　　　　　　　　　　　GALLAGHER & KENNEDY, P.A.

　　　　　　　　　　　　　　　　　By */s/ Janey Henze*
　　　　　　　　　　　　　　　　　　　Robert J. Itri
　　　　　　　　　　　　　　　　　　　Janey Henze
　　　　　　　　　　　　　　　　　　　2575 East Camelback Road
　　　　　　　　　　　　　　　　　　　Phoenix, Arizona 85016-9225
　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 26th day of March, 2011, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants.

Nicole M. Goodwin, Esq.
Quarles & Brady, LLP
Renaissance One
Two North Central Avenue
Phoenix, Arizona 85004-2391

David H. Bernstein, Esq.
Camille Calman, Esq.
Debevoise & Plimpton, LLP
919 Third Avenue
New York, New York   10022


*/s/ Janey Henze*

2676851