IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
CIVIL MINUTES - GENERAL

Phoenix Division

2:10-CV-02583-HRH  
Year Case No. Initials

DATE: MAY 12, 2011

Title: FARNAM COMPANIES INCORPORATED vs. ANIMAL HEALTH DIVISION OF BAYER HEALTHCARE, LLC
Plaintiff       Defendant

================================================================

HON: H. RUSSEL HOLLAND          Judge # 7-08

Denali Elmore                   Denali Elmore
Deputy Clerk                    Court ECR

**Attorney(s) for Plaintiff**   **Attorney(s) for Defendant(s)**

Robert Itri                     David Bernstein

                                Nicole Goodwin

================================================================

**PROCEEDINGS:**  X Open Court   ___ Chambers   ___ Other

At 8:29 a.m. (Alaska Daylight Time) court convened.

Oral argument on Motion to Dismiss (docket 12) heard. Matter taken **UNDER ADVISEMENT** written ruling to issue.

At 8:51 a.m. (Alaska Daylight Time) court adjourned.

/____/ Notice to Counsel

CivGen #10-1/94