## MINUTES OF THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| FARNAM COMPANIES, INC. | v. | ANIMAL HEALTH DIVISION OF BAYER HEALTHCARE LLC |

THE HONORABLE H. RUSSEL HOLLAND          CASE NO.   2:10-cv-2583-HRH

PROCEEDINGS:   **ORDER FROM CHAMBERS**

    At Docket No. 27, defendant moves for reconsideration of the portion of the court's May 13, 2011 order (Docket No. 24) granting plaintiff's motion to amend as to its Lanham Act claim. In the alternative, defendant moves for certification of an interlocutory appeal pursuant to 28 U.S.C. § 1292(b).

    The motion for reconsideration is denied. The court will take up the alternative motion for certification once that motion is fully briefed. Responses and replies to the motion for certification should be filed in accordance with LRCiv 7.2(c) & (d).