IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

```
FARNAM COMPANIES, INC., d/b/a      )
Central Life Sciences,             )
                                   )
                  Plaintiff,       )
                                   )
     vs.                           )
                                   )
ANIMAL HEALTH DIVISION OF BAYER    )
HEALTHCARE, LLC,                   )
                                   )     No. 2:10-cv-2583-HRH
                  Defendant.       )
_____)
```

O R D E R

Case Dismissed

    The Court hereby enters the ORDER below:

    1.   This action is hereby dismissed with prejudice with each party to bear its own costs and expenses.

    2.   No appeals shall be taken from this Order.

    SO ORDERED.

    DATED at Anchorage, Alaska, this <u>16th</u> day of June, 2011.

/s/ H. Russel Holland
United States District Judge